Case 5:21-cv-00658-OLG   Document 30   Filed 02/23/23   Page 1 of 2

FILED
February 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JACK BAILEY, JR., | ) |
| Plaintiff | ) ) ) |
| v. | )  CIVIL NO. SA-21-CV-658-OLG |
| TWIN EAGLE SAND LOGISTICS, LLC | ) ) ) |
| Defendant | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Elizabeth S. "Betsy" Chestney, filed in the above-styled and numbered cause on January 30, 2023. Docket no. 28. The parties were served with a copy of the recommendation, and no objections have been filed. Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).

The Court has reviewed the recommendation and the findings and conclusions therein are neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendation of United States Magistrate Judge Elizabeth S. "Betsy" Chestney, filed in this cause on January 30, 2023, is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

It is further ORDERED that Defendant's motion for summary judgment (docket no. 22) is GRANTED in its entirety, and all claims asserted herein are DISMISSED WITH PREJUDICE for the reasons stated in the recommendation.

Final judgment may be entered accordingly, with taxable costs assessed against Plaintiff. *See* W.D. Tex. R. CV-54(a)(1). This case may be closed upon entry of final judgment.

SIGNED and ENTERED on the 23rd day of February, 2023.

_____
ORLANDO L. GARCIA
U.S. DISTRICT JUDGE