AO 450 (Rev. 11/11) Judgment in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FEB 2 3 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

| | |
|---|---|
| Jack Bailey, Jr. <br> *Plaintiff* <br> v. <br> Twin Eagle Sand Logistics, LLC <br> *Defendant* | ) ) ) ) ) ) Civil Action No. SA-21-CV-658-OLG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

☑ other:  It is ORDERED that Defendant's motion for summary judgment (docket no. 22) is
GRANTED in its entirety, and all claims asserted herein are DISMISSED WITH PREJUDICE for
the reasons stated in the Magistrate's Report & Recommendation. Clerk's Judgment shall be entered and
this case is hereby CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Orlando L. Garcia.

Date:  FEB 2 3 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*